ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

JEAN MARTIGNON,

Defendant.

- - - - - - - - - - - - - - - - - x

NOLLE PROSEQUI

03 Cr. 1287 (HB)

1. The filing of this nolle prosequi will dispose of this case with respect to JEAN MARTIGNON, the defendant.

2. On or about October 27, 2003, Indictment 03 Cr. 1287 was filed, charging JEAN MARTIGNON with trafficking in unauthorized recordings of live performances, in violation of Title 18, United States Code, Section 2319A.

3. On or about May 7, 2008, the defendant entered into a Deferred Prosecution Agreement, which lasted three months. Based upon the defendant's satisfaction of the terms of that Agreement, it has been concluded that the Government will not now proceed with the prosecution of JEAN MARTIGNON.

4. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to defendant JEAN MARTIGNON with respect to Indictment 03 Cr. 1287.

Howard S. Master
Assistant United States Attorney
(212) 637-2248

Dated: New York, New York
September 9, 2008

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant JEAN MARTIGNON with respect to Indictment ~~08~~ 03 Cr. 1287. HBJr

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

Dated: New York, New York
September 10, 2008

SO ORDERED:

HON. HAROLD BAER, JR.
United States District Judge
Southern District of New York

Dated: New York, New York
September 15, 2008

1093